IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| | |
|---|---|
| UMAR MUHAMMAD, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>RHONDA J. PASH, Warden, )<br>Crossroads Correctional Center, )<br>)<br>Respondent. ) | Case No. 17-06006-CV-SJ-ODS |

## ORDER (1) LIFTING STAY, AND (2) DIRECTING PETITIONER TO FILE TRAVERSE BY NO LATER THAN JUNE 22, 2020

In 2017, the Court stayed proceedings in this matter pending resolution of Petitioner's state post-conviction proceeding. In August 2019, September 2019, the Missouri Court of Appeals issued its mandate in Petitioner's state post-conviction proceeding. Doc. #20. Because neither party appealed that decision, the Court directed Petitioner to show cause why the stay should not be lifted. Doc. #21. In response, Petitioner stated there was a potential conflict with his counsel. Doc. #22. He asked that the Court continue the stay until the potential conflict was resolved. *Id.* The Court granted Petitioner's request and granted Petitioner's two additional requests to continue the stay so that the potential conflict could be resolved. Docs. #23-25.

In January 2020, Jarrett Johnson moved to withdraw as Petitioner's counsel. Doc. #27. The Court granted his request and stayed the matter until May 12, 2020, to allow Petitioner time to find other counsel. Doc. #28. To date, no attorney has filed an entry of appearance on Petitioner's behalf. Pursuant to the Court's Order, the stay is lifted. By no later than June 22, 2020, Petitioner shall file his traverse. If Petitioner fails to timely file his traverse, the Court will deem the Petition for Writ of Habeas Corpus (Doc. #1) fully briefed and issue a decision in due course.

The Clerk of the Court shall send a copy of this Order via U.S. Mail, postage prepaid, to Umar Muhammad, #1159208, Eastern Reception Diagnostic Correctional Center, 2727 Missouri Highway K, Bonne Terre, Missouri 63628.
IT IS SO ORDERED.

DATE: May 22, 2020

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
UNITED STATES DISTRICT COURT